UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSA HASSAN ALI,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
        /

Case No. 15-14483

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [22]; GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13]; AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [18]**

On January 20, 2017, Magistrate Judge Morris issued a Report and Recommendation [22] on the parties' motions for summary judgment [13, 18]. Neither party filed any objection to the Report and Recommendation. Judge Morris recommended the following:

- Plaintiff Musa Hassan Ali's Motion for Summary Judgment [13] be granted in part as to the analysis of Listing 3.02A or B, but denied in all other respects;
- Defendant Commissioner's Motion for Summary Judgment [18] be denied in part; and
- This case be remanded for further proceedings under Sentence Four of 42 U.S.C. § 405(g).[1]

---

[1] Sentence Four of 42 U.S.C. § 405(g) states: The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

2

The Court having reviewed the record, the Report and Recommendation [22] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [13] is **GRANTED IN PART**.  Plaintiff's claim is **REMANDED** to the Commissioner for further proceedings consistent with this Order.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [18] is **DENIED IN PART**.

**SO ORDERED**.

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
Dated: February 23, 2017         Senior United States District Judge